*E-FILED 12-02-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL JOSEPH COHEN and FNBPAY CORPORATION,<br><br>    Defendants.                      / | No. C11-05411 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has filed an *ex parte* application for a temporary restraining order. (Docket No. 5). Because plaintiff requests immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly to reassign this case to a district judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated: December 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05411-HRL Notice has been electronically mailed to:

Timothy Patrick Dillon     tdillon@dillongerardi.com, mmelton@dillongerardi.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.