Name: Michael J. Cohen
Address: 221 West Cardinal Way
Chandler, AZ 85286
Phone Number: 480 363-1789
E-mail Address: michaelcohen60@gmail.com

*Pro Se*

**FILED**
DEC 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gary Kremen

          Plaintiff,

vs.

Michael J. Cohen, FNBPAY Corporation, a Arizona Corporation

          Defendant.

Case Number: 11-CR-05411 LHK

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge Lucy H. Koh

As the (*Plaintiff/Defendant*) Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12-15-2011

Signature: _____

# PROOF OF SERVICE

The undersigned declares that:

I am employed in Phoenix, Arizona. I am over the age of 18 and not a party to the within action; my business address is 455 3rd Street, Phoenix, Arizona

On the date set forth below, I served the following document(s) described as:

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING WITH ORDER

on the interested parties in this action by faxing a placing a true and correct copy thereof as follows:

| | |
|---|---|
| Dillion and Gerardi, APC | Stephen Michael Cohen |
| Attn.: Timothy P. Dillion, Esq. | Blvd. Sanchez Taboada 10488 |
| 4660 La Jolla Village Drive, Suite 1040 | Zona Rio |
| San Diego, CA 92122-4609 | Tijuana, B.C. Mexico CP22010 |
| Served via email to: tdillon@dillongerardi.com | steve@meredithasociados.com |

__XX__ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Phoenix, Arizona. I am "readily familiar" with the practice of collecting and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business.

____ **BY FAX:** I placed each page of the documents as stated supra onto a fax machine located in Phoenix, Arizona and transmitted these complete pages in whole to the parties listed in the service list.

____ **BY EMAIL:** I sent via email to the parties so marked "sent via email" the complete pages in whole as listed in the service list.

____ **BY EXPRESS SERVICE CARRIER (Federal Express):** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope or package designated by Federal Express with delivery fees paid or provided for, to the addressee as indicated on the Service List above.

____ **BY PERSONAL SERVICE:** By delivering such envelope by hand to the addressee as indicated on the Service List above.

____ **STATE:** I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

__XX__ **FEDERAL:** I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2011, at Phoenix, Arizona

_____