Name: Michael J. Cohen
Address: 221 West Cardinal Way
Chandler, AZ 85286
Phone Number: 480 363-1789
E-mail Address: michaelcohen60@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Kremen | Case Number: CV-05411LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| Michael J. Cohen, et al. | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____        _____
                                United States District/Magistrate Judge

RECEIVED DEC 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE