Name: Michael J. Cohen
Address: 221 West Cardinal Way
Chandler, AZ 85286
Phone Number: 480 363-1789
E-mail Address: michaelcohen60@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gary Kremen

Plaintiff,

vs.

Michael J. Cohen, et al.

Defendant.

Case Number: CV-05411LHK

[**PROPOSED**] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 7, 2012

*Lucy H. Koh*

United States District/~~Magistrate~~ ~~Judge~~