United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, | Case No.: 5:11-cv-05411-LHK |
| Plaintiff, | ORDER DENYING NON-PARTY STEPHEN MICHAEL COHEN'S MOTION FOR LEAVE TO FILE AS AMICUS CURIAE |
| v. | |
| MICHAEL JOSEPH COHEN, an individual; and FNBPAY CORPORATION, an Arizona corporation, | (re: dkt #: 37) |
| Defendants. | |

On December 19, 2011, non-party Stephen Michael Cohen ("S. Cohen") filed a motion for leave to appear and file documents in this action as amicus curiae. *See* ECF No. 37. S. Cohen seeks leave to introduce additional evidence into the record. This is not a proper basis for leave to file as amicus curiae. Accordingly, his motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:11-CV-05411-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE AS AMICUS CURIAE