UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, | Case No.: 5:11-cv-05411-LHK |
| Plaintiff, | ORDER DENYING DEFENDANT MICHAEL J. COHEN'S *EX PARTE* MOTION TO SHORTEN TIME FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL JOSEPH COHEN, an individual; and FNBPAY CORPORATION, an Arizona corporation, | (re: dkt # 74) |
| Defendants. | |

On February 6, 2012, Defendant Michael J. Cohen ("Defendant") filed both a motion for summary judgment (ECF No. 72) and an *ex parte* motion to shorten time for hearing on his motion for summary judgment (ECF No. 74). Defendant's *ex parte* motion to shorten time fails to comply with Civil Local Rule 7-10. Moreover, Defendant's *ex parte* motion fails to: (1) set forth with particularity the reasons for the requested shortening of time; (2) describe Defendant's efforts to obtain a stipulation to the time change; and (3) identify the substantial harm or prejudice that would occur absent a shortening of time, as required by Civil Local Rule 6-3. No good cause having been shown, Defendant's *ex parte* motion to shorten time for hearing on his summary judgment motion is hereby DENIED.

**IT IS SO ORDERED.**

1

2  Dated: February 16, 2012

3  _____
   LUCY H. KOH
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 11-cv-05411-LHK
ORDER DENYING *EX PARTE* MOTION TO SHORTEN TIME