United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOSEPH COHEN, an individual; and FNBPAY CORPORATION, an Arizona corporation,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-05411-LHK<br><br>ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>(re: dkt #: 79) |

Defendant Michael J. Cohen's administrative motion to continue the initial case management conference, filed March 1, 2012, is DENIED. The initial case management conference scheduled for March 21, 2012, at 2:00 p.m., remains as set.

**IT IS SO ORDERED.**

Dated: March 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge