**\*\* E-filed March 30, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL JOSEPH COHEN; ET AL.,<br><br>    Defendants.<br>_____/ | No. C11-05411 LHK (HRL)<br><br>**ORDER (1) TERMINATING MOTION FOR A PROTECTIVE ORDER; AND (2) DIRECTING COMPLIANCE WITH THIS COURT'S STANDING ORDER RE CIVIL DISCOVERY DISPUTES**<br><br>**[Re: Docket No. 90]** |

Plaintiff moves for a protective order excluding nonparty Stephen Michael Cohen from defendants' pretrial depositions and for attorney's fees. Docket No. 90. Discovery matters having been referred to the undersigned for disposition, that motion will be terminated, and the noticed motion hearing is vacated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes, a copy of which is available on the court's website at http://cand.uscourts.gov. Please note that no hearing should be set when filing a Discovery Dispute Joint Report.

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-05411 LHK (HRL)** N**otice will be electronically mailed to:**

Timothy Dillon tdillon@dillongerardi.com
Michael Joseph Cohen michaelcohen60@gmail.com

**Notice will be mailed to:**

Michael Joseph Cohen
221 West Cardinal Way
Chandler, AZ 85286

Stephen Michael Cohen
Meredith y Asociados, Attorneys at Law
Blvd. Sanchez Taboada 10488-500
Tijuana, B.C., MX CP22010

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**