**\*\* E-filed June 18, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, <br><br>  Plaintiff, <br> v. <br><br> MICHAEL JOSEPH COHEN; ET AL., <br><br>  Defendants. | No. C11-05411 LHK (HRL) <br><br> **ORDER VACATING HEARING ON DEFENDANT COHEN'S MOTIONS TO QUASH** <br><br> [Re: Docket Nos. 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 131, 135] |

On April 26, 2012, defendant Michael Joseph Cohen ("Cohen") filed twelve motions to quash subpoenas duces tecum that plaintiff issued to banks in California and Arizona. Dkt. Nos. 115-126. Plaintiff has opposed the motions. Dkt. No. 129. Cohen has not filed any reply. Cohen's motions to quash are deemed suitable for determination without oral argument. The June 19, 2012 hearing is vacated. Civ. L.R. 7-1(b). The parties' requests to appear by phone are DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: June 18, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C11-05411 LHK (HRL) Notice will be electronically mailed to:**

2  Timothy Dillon  tdillon@dillongerardi.com
   Michael Joseph Cohen  michaelcohen60@gmail.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**