1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL JOSEPH COHEN, an individual; and<br>FNBPAY CORPORATION, an Arizona<br>corporation,<br><br>                    Defendants. | Case No.: 5:11-CV-05411-LHK<br><br>ORDER GRANTING *EX PARTE*<br>APPLICATION FOR EXTENSION OF<br>TIME TO FILE REPLY IN SUPPORT OF<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

Plaintiff Gary Kremen filed this action on November 8, 2011, against Defendants Michael Joseph Cohen and FNBPay Corporation (collectively "Defendants"), upon information and belief that Defendants are the transferees of certain property, including money, fraudulently transferred to each of them by Stephen Michael Cohen, an individual against whom Plaintiff has an enforceable and unpaid money judgment in the amount of $67,867,053.36. *See* ECF No. 1. On October 15, 2012, Defendants filed a motion for summary judgment. ECF No. 156. On October 29, 2012, Plaintiff filed an opposition to Defendants' motion for summary judgment. ECF No. 158. Defendants' reply was due on November 6, 2012. *See* Civil Local Rule 7–3. However, on November 7, 2012, Defendants filed a motion to extend time to file the reply and declarations in support of the reply, pursuant to Civil Local Rule 6–3. ECF No. 160.

Case No.: 5:11-CV-05411-LHK
ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having considered Defendants' motion and the exhibits filed in support thereof, finds good cause to extend the deadline for Defendants to file their reply.  Accordingly, the Court hereby GRANTS Defendants' motion.  Defendants shall have until November 13, 2012, to file with the Court their reply and supporting declarations in support of the motion for summary judgment.

**IT IS SO ORDERED.**

Dated: November 9, 2012

LUCY H. KOH
United States District Judge

Case No.: 5:11-CV-05411-LHK
ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT