**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JOSEPH COHEN, et al.,<br><br>　　　　　Defendants. | Case No.: 11-CV-05411-LHK<br><br>ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT |

The hearing on Defendant's motion for summary judgment and the case management conference scheduled for November 29, 2012, are hereby CONTINUED to January 3, 2013 at 1:30 p.m.  The pretrial conference scheduled for January 9, 2013 is hereby CONTINUED to January 24th, 2013, at 1:30 p.m.  The trial remains as set on February 4, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 27, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge