**FILED**

JAN 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY KREMEN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MICHAEL JOSEPH COHEN and FNBPAY CORPORATION,<br><br>        Defendants - Appellees. | No. 13-16101<br><br>D.C. No. 5:11-cv-05411-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's opposed motion for leave to file an oversize reply brief is granted. The Clerk shall file the previously submitted reply brief.

The appellees' opposed motion to strike the reply brief is denied.

Cag/01.13/14/Appellate Commissioner       13-16101