**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

August 19, 2015

CASE NUMBER:   **CV 11-05411 LHK**
CASE TITLE:   **KREMEN-v- COHEN ET AL**
DATE MANDATE FILED:   August 17, 2015

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: D. Miyashiro
Case Systems Administrator

Distribution:   CIVIL        -      Counsel of Record

CRIMINAL    -      Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16